**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 14-CV-61390-ZLOCH/HUNT**

**JEANADELL VERNON,**

    Plaintiffs,

vs.

**AURORA LOAN SERVICES, LLC,**
**COLLINS ASSET GROUP, LLC, AND**
**POLLACK & ROSEN, P.A.**

    Defendant.

_____/

**JOINT SCHEDULING REPORT**

Plaintiff, Jeanadell Vernon, and Defendants Aurora Loan Services, LLC ("Aurora"), Collins Asset Group, LLC ("Collins") and Pollack & Rosen, P.A. ("Pollack"), submit this Joint Scheduling Report pursuant to FED. R. CIV. P. 26(f) and Local Rule 16.1(b). The parties report the following:

**I. LOCAL RULE 16.1 CONFERENCE REPORT ISSUES**

A. **Likelihood of Settlement:** Unknown at this time. The parties agree to pursue settlement negotiations throughout the course of the litigation.

B. **Likelihood of Appearance in the Action of Additional Parties:** The parties do not anticipate the appearance of any additional parties at this time.

C. **Proposed Time Limits:**

  i. **Join Other Parties and Amend Pleadings:** October 17, 2015.

  ii. **File and Hear Pre-Trial Motions:** The parties agree to file dispositive motions and pre-trial motions other than motions *in limine* before July 10, 2015.

iii.  **Complete Discovery:** The parties agree that discovery may be completed in accordance with the **Standard** Track of Local Rule 16.1A(2)(b).

iv.  **Proposed Schedule, Including Discovery Plan:**

| Event | Proposed Deadline |
|---|---|
| **Initial Disclosures** | October 17, 2014 |
| **Amend Pleadings or Add Additional Parties** | October 17, 2014 |
| **Deadline to file joint interim status report** | February 13, 2015 |
| **Merits Fact Discovery Cutoff** | June 12, 2015 |
| **Expert Reports and Disclosures on Merits Issues** | June 12, 2015 |
| **Rebuttal Expert Reports and Disclosures on Merits Issues** | June 26, 2015 |
| **Dispositive Pre-Trial Motions (other than motions *in limine*)** | July 10, 2015 |
| **Deadline to Complete Mediation** | July 10, 2015 |
| **Completion of All Expert Discovery** | August 21, 2015 |
| **Deadline to file joint pretrial stipulation** | October 2, 2015 |
| **Calendar Call** | October 16, 2015 |
| **Trial** | October 23, 2015 |

D.  **Proposals for the Formulation and Simplification of Issues:**  At this time, the parties do not have any proposals for the formulation or simplification of issues, but the parties will work together in good faith to do so as the case progresses.

E.  **Necessity or Desirability of Amendments to Pleadings:**  Defendants have filed a motion to dismiss the complaint.  Plaintiffs may move for leave to amend in accordance with the applicable rules of procedure in the event such a need arises and pursuant to any

deadlines or instructions included in the orders of this Court. Should a responsive pleading become necessary, defendants likewise reserve their right to amend.

F. **Admissions and Stipulations:**

  i. **Admissions of Fact:** The parties have not yet identified any facts to which they may stipulate, but anticipate that they will be able to do so as discovery progresses. The parties agree to work together in good faith to stipulate to facts prior to trial to narrow and simplify the issues.

  ii. **Disclosure and Discovery of Electronically Stored Information ("ESI"):** The parties will discuss the type of ESI likely to be involved in this matter and the manner of its production, and prepare a stipulation for the Court's approval. Defendants reserve their right to object to the production of ESI that is not reasonably accessible, would involve undue burden or expense, is privileged material, or is subject to any other recognized objection, or any other circumstance that would justify a lack of production.

  iii. **Authenticity of Documents:** The parties will work together in good faith to stipulate to the authenticity of documents prior to summary judgment and trial.

  iv. **Advance Rulings:** The parties do not anticipate the need for advance rulings from the Court. The parties agree that the standard procedures governing claims of privilege and the protection of trial-preparation materials contained in FED. R. CIV. P. 26(b) shall apply. Defendants reserve their right to seek bifurcation of discovery or other appropriate limitations should it become necessary.

G. **Avoidance of Unnecessary Proof and Cumulative Evidence:** The parties will work together in good faith to avoid unnecessary proof and cumulative evidence throughout the course of the litigation.

H. **Referral to Magistrate Judge or Special Master:** The parties do not consent to the referral of dispositive matters to the Magistrate Judge.

I. **Preliminary Estimate of Time Required for Trial:** The parties estimate that approximately three (3) to five (5) days may be required for trial.

J. **Trial and Pretrial Dates:** The parties refer the Court to the schedule above.

K. **Other Information:** Plaintiff's complaint seeks a jury trial. Defendants reserve their respective right to contend Plaintiff's right to demand for jury demand.

| | |
|---|---|
| */s/ Marilyn Maloy*<br>Marilyn Maloy Group, LLC<br>540 NW 165 St. Rd., Suite 210<br>Miami, Florida 33169<br>786-483-7541 (ph)/305-402-0204(fax)<br>e-mail: service@maloylaw.com<br>***Counsel for Plaintiff*** | */s/ Henry H. Bolz, IV*<br>Henry H. Bolz, IV,<br>Florida Bar No. 43350<br>e-mail: henry.bolz@akerman.com<br>**AKERMAN LLP**<br>350 East Las Olas Blvd., Suite 1600<br>Fort Lauderdale, Florida 33301<br>954-468-2463(ph)/954-463-2224(fax)<br>***Counsel for Defendant Aurora Loan Services, LLC***<br><br>*/s/ Joel D. Lucoff*<br>Joel D. Lucoff,<br>Florida Bar No. 192163<br>Joel David Lucoff, P.A.<br>P.O. Box 7534<br>Miramar, Florida 33027-7534<br>jdlucoff@comcast.net<br>***Counsel for Defendant***<br>***Collins Asset Group, LLC and***<br>***Pollack & Rosen, P.A.*** |