UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-61390-CIV-ZLOCH

JEANADELL VERNON,

       Plaintiff,

vs.                                    **FINAL ORDER OF DISMISSAL**

AURORA LOAN SERVICES, LLC, et
al.,

       Defendants.
_____/

    THIS MATTER is before the Court upon Defendant Aurora Loan
Services, LLC's, Motion To Dismiss Plaintiff's Amended Complaint
(DE 15) and Defendants Collins Asset Group, LLC, and Pollack &
Rosen, P.A.'s, Motion To Dismiss Plaintiff's First Amended
Complaint (DE 18).  The Court has carefully reviewed said
Motions, the entire court file herein and is otherwise fully
advised in the premises.

    Plaintiff Jeanadell Vernon initiated the above-styled cause
by filing her Complaint (DE 1) on June 17, 2014.  Plaintiff's
Complaint (DE 1) raises claims pursuant to the Fair Debt
Collection Practices Act (hereinafter "FDCPA"), 15 U.S.C. §
1692, et seq., and the Florida Consumer Collection Practices Act
(hereinafter "FCCPA"), Fla. Stat. § 559.

    By the instant Motions (DE Nos. 15 & 18), Defendants move
to dismiss the instant action based on several grounds.  On
October 17, 2014, Plaintiff filed a Motion To Amend The
Complaint (DE 32).  The Court denied said Motion, due to

Plaintiff's failure to comply with Local Rule 15.1.  Plaintiff has neither filed a Renewed Motion To Amend The Complaint, nor responded to the instant Motions To Dismiss (DE Nos. 15 & 18) within the time allotted by Local Rule or as of the date of this Order.  This failure is, in itself, grounds for granting the instant Motions by default.  See S.D. Fla. L.R. 7.1(c). Therefore, the Court will grant the instant Motions (DE Nos. 15 & 18).

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant Aurora Loan Services, LLC's, Motion To Dismiss Plaintiff's Amended Complaint (DE 15) and Defendants Collins Asset Group, LLC, and Pollack & Rosen, P.A.'s, Motion To Dismiss Plaintiff's First Amended Complaint (DE 18) and the same are hereby **GRANTED**;

2. The above-styled cause be and the same is hereby **DISMISSED** without prejudice; and

3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _21st_ day of November, 2014.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:
All Counsel of Record