## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### CASE No.: 14-cv-61390-WJZ

JEANADELL VERNON
    **Plaintiff**
       -v-
AURRORA LOAN SERVICES, LLC,
COLLINSASSET GROUP, LLC and
 POLLACK & ROSEN, P.A,
     **Defendants.**            /

### PLAINTIFF'S MOTION FOR RECONSIDERATION

Plaintiff, JEANADELL VERNON, by and through the undersigned counsel and pursuant to Rule 60(b)(1) of the Federal Rules of Civil Procedure, moves this court to reconsider of the Court's  Order of Dismissal entered on November 21st, 2014 and in support thereof, it states:

1.    On October 17, 2014, Plaintiff filed her Second Motion to Amend/ Correct the Complaint [DE 32].

2.    On November 6, 2014, the Court issued an order denying the Second Motion to Amend/ correct the Complaint, however; requiring the Plaintiff to file a corrected Motion pursuant to the Federal Rule of Civil Procedures, Rule 15 [DE 35].

3.    An order dismissing the case for failure to comply with a previous court order was entered on November 21, 2014.

4.    The undersigned counsel prepared the Amended Complaint pursuant to the Court's Order (please see attached Exhibit "A").

5.    In addition, undersigned had personal emergencies that hindered her ability to ensure that the documents that were being submitted to the Court and was not aware that the undersigned's paralegal had not properly submitted the Motion and Amended Complaint pursuant to the Court's orders. In fact, the undersigned had a car accident and had sustained injuries that required emergency room care and left me incapacitated for several days and requiring ongoing

treatment and therapy due to exacerbating pain and limited mobility. (Please see attached Exhibit "B").

6. Plaintiff's failure to comply with the Court's orders was due to excusable neglect and not due to Plaintiff's willful intention to ignore the Court's orders.

7. Failure to re-open this case and have the issues adjudicated based on the merits would cause great injury to Plaintiff.

**WHEREFORE**, COUNSEL respectfully requests this Court grant this Motion for Reconsideration and allow Plaintiff to proceed with this litigation.

Respectfully Submitted,

By: _/S/ Marilyn L. Maloy, _____
MARILYN L. MALOY
Florida Bar No.: 12771
**MALOY LAW GROUP, LLC**
540 NW 165 Street Road, Suite 210
Miami, FL 33169
Telephone:  (786) 483-7541
Facsimile:  (305) 402-0204
E-Service: service@maloylaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 25th, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: _/s/ Marilyn L. Maloy_____
**Marilyn L. Maloy, Esq.**
Florida Bar No.: 012771

<u>**SERVICE LIST**</u>

**Joel David Luccoff, Esquire**
Joel David Lucoff
P.O. Box 7534
Miramar, Fl 33027-7534
954-562-0907
Fax: 885-7625
Email: jdlucoff@comcast.net
Counsel for: Collins Asset Group, LLC

**Henry H. Boltz, IV**
Akerman Senterfitt
350 East Las Olas Blvd. Suite 1600
Fort- Lauderdale, FL 33301
954-468-2463
Email: henry.bolz@akerman.com
 Counsel for: Aurora Loan Services, LLC